No. 1507. SMALL v. NEW YORK. June 23, 1947. Petition for writ of certiorari to the Court of General Sessions, County of New York, New York, denied.

No. 1508. SWANSON v. NEBRASKA. June 23, 1947. Petition for writ of certiorari to the Supreme Court of Nebraska denied.

No. 836. ALASKA JUNEAU GOLD MINING Co. v. ROBERTSON ET AL. See *ante,* p. 793.

No. 888. LUCAS v. UNITED STATES. April 14, 1947. 330 U. S. 841.

No. 991. CANNON ET AL. v. UNITED STATES. April 14, 1947. 330 U. S. 839.

No. 1045. COOK v. INDIANA. April 14, 1947. 330 U. S. 841.

No. 111, Misc. EX PARTE HOUGHTON. April 28, 1947. 330 U. S. 801.